UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael Funtila,<br><br>               Plaintiff,<br><br>    v.<br><br>Alicia Casey and James Grant,<br><br>               Defendants. | Case No. 2:24-cv-00776-DJA<br><br>**Order** |

      This is an eviction case. Before the Court is Plaintiff's motion to remand (ECF No. 6) and Defendant Alicia Casey's notice of voluntary dismissal (ECF No. 9). Pro se Defendants Alicia Casey and James Grant filed initiating documents in this case on April 23, 2024, purporting to remove it from Clark County Justice Court. (ECF No. 3-2 at 3). Plaintiff's motion to remand explains that the Justice Court summary eviction matter was stayed pending this federal action, but that this Court lacks subject matter jurisdiction over it. (ECF No. 6 at 3). No party responded to the motion to remand.

      On July 3, 2024, Plaintiff submitted a notice of an order issued in Clark County Justice Court. (ECF No. 8). That order is titled "Order Regarding Landlord's Motion to Dismiss" and the box checked "[t]he Motion is **GRANTED**" is checked. (*Id.*). On July 19, 2024, Defendant Alicia Casey filed a notice of voluntary dismissal of the entire case. (ECF No. 9). No party responded to that notice.

      Because Defendant Casey has voluntarily moved to dismiss the case, Defendant James Grant has not opposed, and it appears that the Justice Court has resolved the matter despite Defendants' attempted removal of the action, the Court will deny Plaintiff's motion to remand (ECF No. 6) as moot and will close this case.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to remand (ECF No. 6) is **denied as moot.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to close this case and send a copy of this order to the Defendants.

DATED: August 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE